UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1715 ADM/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN KORTH and<br>KRISTA J. KORTH,<br><br>Defendants. | **ORDER FOR JUDGMENT BY DEFAULT** |

This matter came before the Court on the motion of the United States for judgment by default against Defendants Brian Korth and Krista Korth. Friedrich A.P. Siekert, Assistant United States Attorney, appeared for the United States.

Based upon the memorandum, affidavit and arguments of counsel, and upon all the files, records and proceedings herein,

IT IS ORDERED, ADJUDGED, AND DECREED that judgment by default be entered against Defendants Brian Korth and Krista Korth as follows:

1. Judgment shall be entered in favor of the United States and against Plaintiffs for relief requested in the Complaint;

2. The United States shall have immediate and exclusive possession of the real property identified in the Sheriff's Certificate of Sale attached to the Complaint as Exhibit A, legally described as follows:

> THAT PART OF THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER (NE 1/4 SW 1/4) OF SECTION 35, TOWNSHIP 139 NORTH OF RANGE 41 WEST OF THE FIFTH PRINCIPAL MERIDIAN IN

FILED
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

BECKER COUNTY MINNESOTA (ALSO BEING A PART OF AUDITOR'S LOTS 4, 7, 8 AND 9 OF AMENDED AUDITOR'S PLAT OF PARTS OF THE SE 1/4 NW 1/4, NE 1/4 SW 1/4, NW 1/4 SE 1/4 AND LOT 3, SECTION 35, TOWNSHIP 139 NORTH OF RANGE 41 WEST), DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF THE NORTH HALF OF THE SOUTHWEST QUARTER OF SAID SECTION 35; THENCE NORTH 87° 38' 15" EAST 2,080.67 FEET ON AN ASSUMED BEARING ALONG THE NORTH LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 35; THENCE SOUTH 17° 38' 18" WEST 525.10 FEET TO AN IRON MONUMENT; THENCE NORTH 89° 00' 22" EAST 74.0 FEET TO A FOUND IRON MONUMENT; THENCE SOUTH 02° 13' 40" EAST 39.96 FEET TO A FOUND IRON MONUMENT; THENCE NORTH 83° 25' 30" EAST 197.29 FEET TO A FOUND IRON MONUMENT, SAID POINT IS THE POINT OF BEGINNING; THENCE SOUTH 89° 56' 21" EAST 136.51 FEET TO AN IRON MONUMENT ON THE WESTERLY LINE OF CORBETT ROAD; THENCE NORTH 27° 36' 19" EAST 60.08 FEET ALONG THE WESTERLY LINE OF SAID CORBETT ROAD TO A FOUND IRON MONUMENT; THENCE NORTH 82° 11' 11" WEST 152.83 FEET TO A FOUND IRON MONUMENT; THENCE SOUTH 09° 56' 13" WEST 75.00 FEET TO THE POINT OF BEGINNING. THE ABOVE DESCRIBED TRACT CONTAINS 0.21 OF AN ACRE. ALSO HEREINCLUDED IS AN EASEMENT FOR DRIVEWAY PURPOSES AND FOR THE EAVE OVERHANG OVER AND ACROSS THE FOLLOWING DESCRIBED TRACT: COMMENCING AT THE NORTHWEST CORNER OF THE NORTH HALF OF THE SOUTHWEST QUARTER OF SAID SECTION 35; THENCE NORTH 87° 38' 15" EAST 2,080.67 FEET ON AN ASSUMED BEARING ALONG THE NORTH LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 35; THENCE SOUTH 17° 38' 18" WEST 525.10 FEET TO AN IRON MONUMENT; THENCE NORTH 89° 00' 22" EAST 74.00 FEET TO A FOUND IRON MONUMENT; THENCE SOUTH 02° 13' 40" EAST 39.96 FEET TO A FOUND IRON MONUMENT; THENCE NORTH 83° 25' 30" EAST 197.29 FEET TO A FOUND IRON MONUMENT; THENCE SOUTH 89° 56' 21" EAST 69.78 TO THE POINT OF BEGINNING; THENCE CONTINUING SOUTH 89° 56' 21" EAST 66.73 FEET TO AN IRON MONUMENT ON THE WESTERLY LINE OF CORBETT ROAD; THENCE SOUTH 27° 36' 19" WEST OF 12.00 FEET ALONG THE WESTERLY LINE OF SAID CORBETT ROAD; THENCE NORTH 80° 04' 25" WEST 62.10 FEET TO THE POINT OF BEGINNING. SUBJECT TO EASEMENTS, RESTRICTIONS AND RESERVATIONS OF RECORD, IF ANY.

3. Defendants shall immediately vacate the real property, remove all personal property from the real property, and deliver immediate and exclusive possession of the real property to the

United States;

4. In the event Defendants fail, within 14 days of date of this judgment, to vacate the real property and deliver possession of the premises to the United States and to remove all personal property therefrom, then the United States shall be allowed, by whatever means necessary including use of force through the United States Marshals Service, to enter on the real property; to remove the Defendants from the real property; to take title and possession of all improvements, structures, vehicles, equipment, property, and possessions not removed by the Defendants and to occupy such items; and to remove, destroy, sell, and/or dispose of such items left on the property in such manner as in the discretion of the United States Department of Agriculture ("USDA").

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 11, 2002

ANN D. MONTGOMERY, Judge
United States District Court